# EXHIBIT A

# HONDA Service Bulletin 97-047

Applies To: **1988 – 95 Civic –** All, except VTEC

**November 10, 1997**

## Head Gasket Leaks

**(Supersedes 97-047, dated September 29, 1997)**

### PROBLEM

The head gasket leaks oil externally or allows coolant into the combustion chambers.

### CORRECTIVE ACTION

Install the new-style cylinder head gasket **and** the new head bolts in the Cylinder Gasket Kit listed under PARTS INFORMATION. Use the cylinder head bolt torque sequence described in this bulletin.

### PARTS INFORMATION

Cylinder Gasket Kit: H/C ***0031
Kit includes:
Cylinder Head Gasket (new-style):
P/N 12251-P01-004, H/C 4489530
Cylinder Head Bolts
(10 required, use with new-style gasket):
P/N 90005-PM3-004, H/C 2894988

### WARRANTY CLAIM INFORMATION

**In warranty:** The normal warranty applies.

NEW

| OP # | Description | FRT | Template ID |
|---|---|---|---|
| 110130 | Replace cylinder head gasket – *vehicles without power steering* (includes engine oil and filter change) | 2.8 | 97-047A |
| 110092 | Test-drive | 0.3 | |
| 110130B | Replace cylinder head gasket – *vehicles with power steering* (includes engine oil and filter change) | 3.0 | 97-047B |
| 110092 | Test-drive | 0.3 | |

Failed part: P/N 12251-PM5-S02
H/C 4032470

Defect code: 060

Contention code: B06

Skill level: Repair Technician

**Out of warranty:** Any repair performed after warranty expiration may be eligible for goodwill consideration by the District Service Manager or your Zone Office. You must request consideration, and get a decision, before starting work.

### REPAIR PROCEDURE

1. Remove the cylinder head. (See *Cylinder Head Removal* in section 6 of the appropriate service manual.)
2. *Carefully* remove all gasket material from the head and the block with gasket solvent and a heavy duty scraper. The head and block mating surfaces must be clean, flat, and smooth for the new head gasket to seal properly.

   NOTE: *Do not* use power tools or abrasives to remove the gasket material; they would damage the head and block surfaces, causing the new head gasket to leak.
3. *Before the gasket solvent dries,* rinse any pieces of the gasket from the coolant passages in the head and block with water. You must remove all of the gasket material to prevent engine overheating.
4. Install the cylinder head with a new gasket. Do not use any gasket sealers.
5. Apply engine oil to the threads and washers of the new cylinder bolts. Install the bolts, and torque them in the sequence and steps shown below. *Do not use the head bolt tightening steps in the service manual.*




**Cylinder head bolt torque sequence**

   Step 1. Tighten all 10 bolts to 20 N·m (14 lb-ft).
   Step 2. Tighten all 10 bolts to 49 N·m (36 lb-ft).
   Step 3. Tighten all 10 bolts to 67 N·m (49 lb-ft).
   Step 4. Tighten bolts 1 and 2 to 67 N·m (49 lb-ft).

6. Reinstall the parts you removed to replace the head gasket. (See *Cylinder Head Installation* in section 6 of the appropriate service manual.)
7. Test-drive the vehicle, and check for external oil leaks.

© 1997 American Honda Motor Co., Inc. – All Rights Reserved



Skill Level
R
REPAIR

**CUSTOMER INFORMATION:** The information in this bulletin is intended for use *only* by skilled technicians who have the proper tools, equipment, and training to correctly and safely maintain your vehicle. These procedures should not be attempted by “do-it-yourselfers,” and you should not assume this bulletin applies to your vehicle, or that your vehicle has the condition described. To determine whether this information applies, contact an authorized Honda automobile dealer.