# EXHIBIT F

HONDA **Service Bulletin** **23-026**

**March 14, 2023** Version 1

# Software Update DTC P0300, P0301, P0302, P0303, P0304, or P0172

## AFFECTED VEHICLES

| Year | Model | Trim | VIN Range |
|---|---|---|---|
| 2018–2022 | Accord | 2.0L Engines | ALL |

## BACKGROUND

Under certain circumstances, the vehicle may experience driveability concerns. This may result in the following DTC's to set:

- P0300 (Random Misfire Detected),
- P0301 (No. 1 Cylinder Misfire Detected),
- P0302 (No. 2 Cylinder Misfire Detected),
- P0303 (No. 3 Cylinder Misfire Detected),
- P0304 (No. 4 Cylinder Misfire Detected),
- P0172 (Fuel System Too Rich).

## CUSTOMER NOTIFICATION

Do an iN VIN status inquiry to make sure the vehicle is shown as eligible.

## CORRECTIVE ACTION

Reset the maintenance minder light and replace only the oil. Clear any DTC's and update the PGM-FI software with the latest version. Reset the throttle position learned values and do the PCM idle learn procedure.

**CUSTOMER INFORMATION:** The information in this bulletin is intended for use only by skilled technicians who have the proper tools, equipment, and training to correctly and safely maintain your vehicle. These procedures should not be attempted by "do-it-yourselfers," and you should not assume this bulletin applies to your vehicle, or that your vehicle has the condition described. To determine whether this information applies, contact an authorized Honda automobile dealer.

© 2023 American Honda Motor Co., Inc. — All Rights Reserved

## WARRANTY CLAIM INFORMATION

The normal warranty applies.

| Operation Number | Description | Flat Rate Time | Defect Code | Symptom Code | Template ID | Failed Part Number |
|---|---|---|---|---|---|---|
| 1255D8K | Replace the oil | 0.3 hr | 03214 | 03217 | A23026B | 37805-6B2-AA1 |
| 1255D8 | Update PGM-FI software (includes DTC clear) | 0.2 hr | 03214 | 03217 | A23026A | 37805-6B2-AA1 |
| 1255D8L | Reset the throttle position values and Idle Learn procedure | 0.2 hr | 03214 | 03217 | A23026A | 37805-6B2-AA1 |

## PARTS INFORMATION

| Part Name | Part Number | Quantity |
|---|---|---|
| Drain Plug Washer (14mm) | 94109-14000 | 1 |

## MATERIAL INFORMATION

| Part Name | Part Number | Quantity |
|---|---|---|
| 0W-20 (Bulk Oil Participants) Gallon | FS020-BAS-N0L | TBD |
| 0W-20 (Non-Bulk Oil Participants) Quarts | 08798-9063 | 5 |

## SOFTWARE INFORMATION

NOTE: Unnecessary or incorrect repairs resulting from a failure to update the diagnostic and reprogramming software are not covered under warranty.

**Before beginning the repair, make sure all diagnostic and reprogramming software are updated as listed.**

| | |
|---|---|
| **i-HDS Software Version** | 1.007.013 or later |
| **HDS Software Version** | 3.104.047 or later |
| **Honda ECU Reprogramming** | 3.0.6.0 |
| **J2534 Rewrite Version** | 1.00.0034 |
| **J2534 Rewrite Database Update** | 20221224_2490 |

**Update only the systems and software listed in this service bulletin.**

**Do not use the MongoosePRO VCI for this service bulletin as it is not an American Honda-approved device.**

For more information about updating vehicle systems, refer to service bulletin 01-023, *Updating Control Units/Modules*.

| Year | Trim | Software System | Program ID (or later) |
|---|---|---|---|
| 2018–2019 | Sport & EX-L | PGM-FI | 37805-6B2-AA10 |
| 2018–2019 | Touring | PGM-FI | 37805-6B2-AB10 |
| 2020 | Sport & EX-L | PGM-FI | 37805-6B2-A760 |
| 2020 | Touring | PGM-FI | 37805-6B2-A860 |
| 2021–2022 | Sport | PGM-FI | 37805-6B2-A970 |
| 2021–2022 | Touring | PGM-FI | 37805-6B2-C570 |

## REPAIR PROCEDURE

1. Reset the maintenance minder main code A.

   NOTE: The maintenance minder light may not reset after the update is complete. Reset the maintenance minder first.

2. Drain and refill the engine oil, **4.6 quarts**. Do not replace the oil filter.
3. Connect the i-HDS to the vehicle.
4. Update the PGM-FI using the i-HDS.
5. Reset the throttle position learned values then do the PCM idle learn procedure. Refer to the service information for additional instructions.

   NOTE: More information on this procedure can be found in the Tech2Tech video titled, *A Look at PCM Idle Learn.*

END