# EXHIBIT G

HONDA **Service Bulletin** **23-026**

**May 2, 2024** Version 2

# Software Update DTC P0300, P0301, P0302, P0303, P0304, or P0172

**Supersedes 23,026, dated March 14, 2023, to revise the information.**

## AFFECTED VEHICLES

| Year | Model | Trim Level | VIN Range |
|---|---|---|---|
| 2018–2022 | Accord | 2.0L | ALL |

## REVISION SUMMARY

This service bulletin has been revised extensively; American Honda recommends you read it in its entirety.

## SYMPTOM

Under certain circumstances, the vehicle may experience drivability concerns. This may result in the following DTC's to set:

- P0300 (Random Misfire Detected),
- P0301 (No. 1 Cylinder Misfire Detected),
- P0302 (No. 2 Cylinder Misfire Detected),
- P0303 (No. 3 Cylinder Misfire Detected),
- P0304 (No. 4 Cylinder Misfire Detected),
- P0172 (Fuel System Too Rich).

## POSSIBLE CAUSE

During engine start in cold conditions, a miscalculation in the PCM causes the air-fuel ratio to exceed DTC rich criteria.

NOTE:

- This issue is most common in regions with cold weather.
- If this issue was experienced in a region that does not match the above description, please consider viewing SB 21-052, to see if it matches the customer contention and regional trend more closely.

## CORRECTIVE ACTION

Reset the maintenance minder light and replace only the oil. Clear any DTC's and update the PGM-FI software with the latest version. Reset the throttle position learned values and do the PCM idle learn procedure.

## PARTS INFORMATION

| Part Name | Part Number | Quantity |
|---|---|---|
| Drain Plug Washer (14mm) | 94109-14000 | 1 |

**CUSTOMER INFORMATION:** The information in this bulletin is intended for use only by skilled technicians who have the proper tools, equipment, and training to correctly and safely maintain your vehicle. These procedures should not be attempted by "do-it-yourselfers," and you should not assume this bulletin applies to your vehicle, or that your vehicle has the condition described. To determine whether this information applies, contact an authorized Honda automobile dealer.

© 2024 American Honda Motor Co., Inc. – All Rights Reserved

## REQUIRED MATERIALS

| Part Name | Part Number | Quantity |
|---|---|---|
| 0W-20 (Non-Bulk Oil Participants) Quarts | 08798-9063 | 5 |

## WARRANTY CLAIM INFORMATION

The normal warranty applies.

| Operation Number | Description | Flat Rate Time | Defect Code | Symptom Code | Template ID | Failed Part Number |
|---|---|---|---|---|---|---|
| 1255D8 | Update PGM-FI software (includes DTC clear). | 0.2 hr | 03214 | 03217 | A23026A | 37805-6B2-AA1 |
| 1255D8D | Reset the throttle position values and Idle Learn procedure. | 0.2 hr | 03214 | 03217 | A23026A | 37805-6B2-AA1 |
| 1255D8K | Replace the oil. | 0.3 hr | 03214 | 03217 | A23026B | 37805-6B2-AA1 |

Skill Level: Repair Technician

## SOFTWARE INFORMATION

NOTE: Unnecessary or incorrect repairs resulting from a failure to update the diagnostic and reprogramming software are not covered under warranty.

Before beginning the repair, make sure all diagnostic and reprogramming software are updated as listed.

| | |
|---|---|
| **i-HDS Software Version** | 1.009.003 or later |
| **HDS Software Version** | 3.105.036 or later |
| **Honda ECU Reprogramming** | 4.1.0.0 or later |

Update only the systems and software listed in this service bulletin.

Do not use the MongoosePRO VCI for this service bulletin as it is not an American Honda-approved device.

For more information about updating vehicle systems, refer to service bulletin 22-100, *Updating Control Units/Modules with the Honda ECU Reprogramming Application.*

| Year | Trim | Software System | Program ID (or later) |
|---|---|---|---|
| 2018–2019 | Sport, EX-L | PGM-FI | 37805-6B2-AA10 |
| 2018–2019 | Touring | PGM-FI | 37805-6B2-AB10 |
| 2020 | Sport, EX-L | PGM-FI | 37805-6B2-A760 |
| 2020 | Touring | PGM-FI | 37805-6B2-A860 |
| 2021–2022 | Sport | PGM-FI | 37805-6B2-A970 |
| 2021–2022 | Touring | PGM-FI | 37805-6B2-C570 |

## REPAIR PROCEDURE

1. Reset the maintenance minder main code A.

   NOTE: The maintenance minder light may not reset after the update is complete. Reset the maintenance minder first.
2. Drain and refill the engine oil, **4.6 quarts**.

   NOTE**: Do not** replace the oil filter.
3. Connect the i-HDS to the vehicle.

4. Update the PGM-FI using the i-HDS. See SOFTWARE UPDATE PROCEDURE.
5. Reset the throttle position learned values then do the PCM idle learn procedure. Refer to the service information for additional instructions.

   NOTE: More information on this procedure can be found in the Tech2Tech video titled, *A Look at PCM Idle Learn*

## SOFTWARE UPDATE PROCEDURE

Important Information:

- Do not use a lithium-ion jump pack to supply power to the battery during reprogramming. Lithium-ion jump packs are designed to provide pulses of high amperage and do not provide consistent power to the battery.
- Make sure the 12-volt battery is fully charged before starting an update.
- If the vehicle's 12-volt battery drops below 10-volts during the update, the programming status bar may not present accurately, or the Honda ECU Reprogramming application may display an error message.
- Control module failure caused by the improper completion of a software update (early key cycle, low battery voltage, disconnected DLC cable, etc.) is not covered by warranty.
- If an error occurs during the update or the i-HDS freezes, do not disconnect the battery or turn the ignition to OFF. Reboot the i-HDS, and start over.
- To prevent control unit damage, do not operate anything electrical (headlights, audio system, brakes, A/C, power windows, door locks, etc.) during the update.
- Warranty reimbursement for technician labor is not allowed for routine checking/installation of any available software update.

1. Update the PGM-FI software, see service bulletin 22-100, *Updating Control Units/Modules with the Honda ECU Reprogramming Application*.
2. Do an ALL DTC CHECK to clear any codes that may have been set during the update.