# EXHIBIT H

Next Unread Message

**View Message**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Sent on** | 07 | 26 | 2024 | **Expires on** | 08 | 09 | 2024 |
| **From** | Technical Information & Support Group | | | | | | |
| **Subject** | Request for Parts: 2017-2022 Accord/CR-V 1.5L & FHEV MIL On DTC P030X Stored | | | | | | |

## PRIORITY/ACTION REQUIRED

To: All Honda Service Managers/Advisors
From: Technical Information & Support Group
RE: **Request for Parts: 2017-2022 Accord/CR-V 1.5L & FHEV MIL On DTC P030X Stored (ACTION REQUIRED)**

This message is solely directed to Honda dealership personnel; please handle it accordingly.
Print this iN message and provide a copy to the Shop Foreman and all Service Advisors.

**Background**
American Honda Motor Co., Inc. (AHM) is searching for certain 2018-2022 Accord 1.5Ls (no 2.0L) & FHEVs, as well as 2017-2022 CR-V 1.5Ls (no 2.4L), & 2020-2022 CR-V FHEVs with a customer complaint of the Malfunction Indicator Light (MIL) on with the DTC P030X (Cylinder Misfire Detected) stored. Customer may also experience engine running rough condition. To better understand the cause of this condition, AHM would like to collect specific parts from the vehicle prior to you attempting a repair of any kind.

**Qualifiers**
AHM is interested ONLY if the vehicle meets the following requirements:

1. Petrol Accords & CR-Vs must be equipped with 1.5L engine (2.0L Accord and 2.4L CR-V not accepted).
2. No modifications to the vehicle including the intake or exhaust system (take photo of engine bay, front, and rear of vehicle - click **HERE** for example).
3. Must have one of the following DTCs stored (Email All DTC printout to TIS & submit an "on demand" manual PGM-FI snapshot through HDS):
   P0300 (Random Misfire Detected)
   P0301 (No.1 Cylinder Misfire Detected)
   P0302 (No.2 Cylinder Misfire Detected)
   P0303 (No.3 Cylinder Misfire Detected)
   P0304 (No.4 Cylinder Misfire Detected)
4. Head Gasket coolant leak to cylinder has been confirmed by performing borescope inspection or pressure test (Email results to TIS).
5. No prior repair attempts.

**Action Required**
If a vehicle matching the qualifiers above comes into your dealership, please e-mail Technical Information & Support (TIS) at **tis@ahm.honda.com**, or call us at 800-880-1072 (Monday-Friday, 7am-5pm PST). TIS will contact you to record certain vehicle information and provide you with further instructions.

Please be sure to include the following information in your e-mail.
E-mail Title:

1. Model Year (e.g. 2024)
2. Model Name (e.g. Accord)
3. Issue (e.g. Brake Judder)
4. VIN

E-Mail Body:

1. Dealer Number
2. Your Name
3. Best Phone Number to be Reached
4. Current Mileage
5. Confirm that the vehicle meets qualifiers #1-#5 listed above. Email the photos, All DTC check printout, and borescope or pressure test results to TIS. Send the manual PGM-FI snapshot through HDS.
6. DPTS#

As a gesture of appreciation to dealer technicians who identify and report a vehicle that meets the qualifiers, was accepted as a candidate and is the subject of a successful Dealer Visit/Parts Collection/Info Collection, AHM will provide the referring technician with a **VISA gift card**. Technical Information & Support (TIS) will provide additional information if this situation applies.

Thank you.