# EXHIBIT K

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
ADAM M. BUCCI (327312)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com
abucci@bholaw.com

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
W. DANIEL "DEE" MILES, III *
H. CLAY BARNETT, III *
J. MITCH WILLIAMS *
DYLAN T. MARTIN *
TRENTON H. MANN *
218 Commerce Street
Montgomery, AL 36104
Tel: 334/269-2343
334/954-7555 (fax)
Dee.Miles@Beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@Beasleyallen.com
Dylan.Martin@beasleyallen.com
Trent.Mann@BeasleyAllen.com

Attorneys for Plaintiffs

* *pro hac vice forthcoming*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RADLEY ALCANTARA, ASHLEY BOWMAN, KEVIN LUCEY, AUSTIN POLSON, TIFFANY RICHARDSON, and BRIAN WISE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMERICAN HONDA MOTOR CO., INC., and HONDA MOTOR COMPANY LIMITED,

Defendants.

Case No.

**AFFIDAVIT OF TIMOTHY G. BLOOD PURSUANT TO CAL. CIVIL CODE §1780(d)**

**JURY TRIAL DEMANDED**

BLOOD HURST & O' REARDON, LLP

I, TIMOTHY G. BLOOD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am the managing partner of the law firm of Blood Hurst & O'Reardon LLP, and one of the counsel of record for plaintiffs in the above-entitled action.

2. Defendant American Honda Motor Company, Inc. is a California corporation with its principal place of business in Los Angeles County. Additionally, Defendants American Honda Motor Co. and Honda Motor Company Limited have done and are doing business in Los Angeles County, including the sale, marketing, distributions and servicing, through their authorized dealers and distributors, the Honda vehicles at issue.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 1, 2025, at San Diego, California.

Respectfully submitted,

Dated: July 1, 2025

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
ADAM M. BUCCI (327312)

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com
abucci@bholaw.com

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
W. DANIEL "DEE" MILES, III *
H. CLAY BARNETT, III *
J. MITCH WILLIAMS *
DYLAN T. MARTIN *
TRENTON H. MANN *
218 Commerce Street

Montgomery, AL 36104
Tel: 334/269-2343
334/954-7555 (fax)
Dee.Miles@Beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@Beasleyallen.com
Dylan.Martin@beasleyallen.com
Trent.Mann@BeasleyAllen.com

*Attorneys for Plaintiff*