NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Timothy G. Blood
BLOOD HURST & O'REARDON LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: (619) 338-1100

ATTORNEY(S) FOR: Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Radley Alcantara, et al.<br><br>Plaintiff(s),<br>v.<br>American Honda Motor Co., Inc., et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-06009<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Radley Alcantara | Plaintiff |
| Ashley Bowman | Plaintiff |
| Kevin Lucey | Plaintiff |
| Austin Polson | Plaintiff |
| Tiffany Richardson | Plaintiff |
| Brian Wise | Plaintiff |
| American Honda Motor Co., Inc. | Defendant |
| Honda Motor Company Limited | Defendant |

July 1, 2025
Date

s/ Timothy G. Blood
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs