BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
ADAM M. BUCCI (327312)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com
abucci@bholaw.com

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
W. DANIEL "DEE" MILES, III *
H. CLAY BARNETT, III *
J. MITCH WILLIAMS *
DYLAN T. MARTIN *
TRENTON H. MANN *
218 Commerce Street
Montgomery, AL 36104
Tel: 334/269-2343
334/954-7555 (fax)
Dee.Miles@Beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@Beasleyallen.com
Dylan.Martin@beasleyallen.com
Trent.Mann@BeasleyAllen.com

Attorneys for Plaintiffs

*admitted pro hac vice*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADLEY ALCANTARA, ASHLEY BOWMAN, KEVIN LUCEY, AUSTIN POLSON, TIFFANY RICHARDSON, and BRIAN WISE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., and HONDA MOTOR COMPANY LIMITED,<br><br>Defendants. | Case No. 2:25-cv-06009-SVW (SSCx)<br><br>**STIPULATION TO TRANSFER CASE TO SOUTHERN DISTRICT OF CALIFORNIA**<br><br>District Judge Stephen V. Wilson<br>Courtroom 10A, 10th Fl., 1st Street<br>Magistrate Judge Stephanie S. Christensen<br>Courtroom 790, 7th Fl, Temple Street<br><br>Complaint Filed: July 1, 2025<br>Trial Date: Not Yet Set<br><br>**JURY TRIAL DEMANDED** |

Case No. 2:25-cv-06009-SVW (SSCx)
STIPULATION TO TRANSFER CASE TO SOUTHERN DISTRICT OF CALIFORNIA

This stipulation is submitted by and between the Parties, Plaintiffs Radley Alcantara, Ashley Bowman, Kevin Lucey, Austin Polson, Tiffany Richardson, and Brian Wise ("Plaintiffs"), and Defendant American Honda Motor Co., Inc. ("AHM"), by and through their respective counsel, to request that this case be transferred, pursuant to 28 U.S.C. § 1404(a), to the Southern District of California. In support of this request, the Parties state as follows:

On July 1, 2025, Plaintiffs filed this class action against AHM, alleging a defect with the engines of certain Honda and Acura vehicles. AHM's response to the complaint is currently due on September 15, 2025. *See* ECF No. 25.

On July 11, 2025, Plaintiffs filed a Notice of Pendency of Other Actions or Proceedings, Pursuant to Local Rule 83-1.4, notifying the Court that another action titled *Bissell et al. v. American Honda Motor Co., Inc.*, No. 3:24-cv-02286-AJB-MMP, is pending in the Southern District of California before the Honorable Anthony J. Battaglia, alleging substantially similar claims against AHM related to the same defect as alleged in this Action. *Bissell* was originally filed on December 6, 2024, with an amended complaint filed on March 3, 2025.

On April 3, 2025, AHM moved to dismiss the operative complaint in *Bissell*. AHM's motion is fully briefed and on July 11, 2025, Judge Battaglia took the motion under submission.

The Parties have met and conferred and, pursuant to 28 U.S.C. § 1404(a), agree that in the interest of conserving judicial resources and avoiding the risk of conflicting decisions regarding substantially similar claims, this Action should be transferred to the Southern District of California so that it may be related over to Judge Battaglia and coordinated with *Bissell*.

In light of the transfer, and in the interest of conserving judicial resources, the parties further agree that the operative deadlines in this case should stayed until Judge Battaglia issues an order on AHM's motion to dismiss in *Bissell*, at which point the parties will meet, confer, and determine the best course of action going forward.

For these reasons, the Parties respectfully request that this Court transfer this Action to the Southern District of California.

**SO STIPULATED AND AGREED**

Dated: September 9, 2025

Respectfully submitted,

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
ADAM M. BUCCI (327312)

By:  *s/ Timothy G. Blood*
    TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com
abucci@bholaw.com

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
W. DANIEL "DEE" MILES, III *
H. CLAY BARNETT, III *
J. MITCH WILLIAMS *
DYLAN T. MARTIN *
TRENTON H. MANN *
218 Commerce Street
Montgomery, AL 36104
Tel: 334/269-2343
334/954-7555 (fax)
Dee.Miles@Beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@Beasleyallen.com
Dylan.Martin@beasleyallen.com
Trent.Mann@BeasleyAllen.com

*Attorneys for Plaintiffs*

Dated: September 9, 2025

KLEIN THOMAS LEE & FRESARD
KRISTYN WONG (346644)

By:  *s/ Kristyn Wong*
    KRISTYN WONG
1920 Main Street, Suite 230
Irvine. CA 92614

2   Case No. 2:25-cv-06009-SVW (SSCx)
STIPULATION TO TRANSFER CASE TO SOUTHERN DISTRICT OF CALIFORNIA

00228149

Tel: 949/676-4570
kristyn.wong@kleinthomaslaw.com

*Attorneys for Defendant*
*American Honda Motor Co., Inc.*

### ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: September 9, 2025         BLOOD HURST & O'REARDON, LLP

                                 By:   *s/ Timothy G. Blood*
                                       TIMOTHY G. BLOOD

# CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 9, 2025.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com