BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
PAULA R. BROWN (254142)
ADAM M. BUCCI (327312)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
pbrown@bholaw.com
abucci@bholaw.com

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
W. DANIEL "DEE" MILES, III *
H. CLAY BARNETT, III *
J. MITCH WILLIAMS *
DYLAN T. MARTIN *
TRENTON H. MANN *
218 Commerce Street
Montgomery, AL 36104
Tel: 334/269-2343
334/954-7555 (fax)
Dee.Miles@Beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@Beasleyallen.com
Dylan.Martin@beasleyallen.com
Trent.Mann@BeasleyAllen.com

Attorneys for Plaintiffs

* *admitted pro hac vice*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RADLEY ALCANTARA, ASHLEY BOWMAN, KEVIN LUCEY, AUSTIN POLSON, TIFFANY RICHARDSON, and BRIAN WISE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMERICAN HONDA MOTOR CO., INC., and HONDA MOTOR COMPANY LIMITED,

Defendants.

Case No. 2:25-cv-06009-SVW (SSCx)

**DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF STIPULATION TO TRANSFER CASE TO SOUTHERN DISTRICT OF CALIFORNIA**

District Judge Stephen V. Wilson
Courtroom 10A, 10th Fl., 1st Street
Magistrate Judge Stephanie S. Christensen
Courtroom 790, 7th Fl, Temple Street

Complaint Filed: July 1, 2025
Trial Date: Not Yet Set

**JURY TRIAL DEMANDED**

I, TIMOTHY G. BLOOD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am the managing partner of the law firm of Blood Hurst & O'Reardon LLP, and one of the counsel of record for plaintiffs in the above-entitled action.

2. I make this declaration in support of the Stipulation to Transfer Case to Southern District Of California, filed concurrently herewith.

3. On July 1, 2025, Plaintiffs filed this class action against America Honda Motor Co. ("AHM") and Honda Motor Company Limited (together "Honda"), alleging a defect with the engines of certain Honda and Acura vehicles. AHM's response to the complaint is currently due on September 15, 2025. *See* ECF No. 25.

4. On July 11, 2025, Plaintiffs filed a Notice of Pendency of Other Actions or Proceedings, Pursuant to Local Rule 83-1.4, notifying the Court that another action titled *Bissell et al. v. American Honda Motor Co., Inc.*, No. 3:24-cv-02286-AJB-MMP, is pending in the Southern District of California before the Honorable Anthony J. Battaglia, alleging substantially similar claims against Honda related to the same defect as alleged in this action. I, along with my co-counsel in this action, represent plaintiffs in *Bissell*.

5. *Bissell* was originally filed on December 6, 2024, with an amended complaint filed on March 3, 2025. On April 3, 2025, AHM moved to dismiss the operative complaint in *Bissell*. AHM's motion is fully briefed and on July 11, 2025, Judge Battaglia took the motion under submission.

6. Plaintiffs in this action filed in the Central District because it is the appropriate venue as AHM has its principal place of business in this district and Plaintiffs are not residents of California.

7. The Parties have met and conferred and, pursuant to 28 U.S.C. § 1404(a), agree that in the interest of conserving judicial resources and avoiding the risk of

conflicting decisions regarding substantially similar claims, this action should be transferred to the Southern District of California, and its operative deadlines stayed, so that it may be related over to Judge Battaglia and coordinated with *Bissell*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 9, 2025, at San Diego, California.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 9, 2025.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

BLOOD HURST & O' REARDON, LLP