**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RADLEY ALCANTARA, ASHLEY BOWMAN, KEVIN LUCEY, AUSTIN POLSON, TIFFANY RICHARDSON, and BRIAN WISE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMERICAN HONDA MOTOR CO., INC., and HONDA MOTOR COMPANY LIMITED,

Defendants.

Case No. 2:25-cv-06009-SVW (SSCx)

**[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER CASE TO SOUTHERN DISTRICT OF CALIFORNIA**

District Judge Stephen V. Wilson
Courtroom 10A, 10th Fl., 1st Street
Magistrate Judge Stephanie S. Christensen
Courtroom 790, 7th Fl, Temple Street

Complaint Filed: July 1, 2025
Trial Date: Not Yet Set

**JURY TRIAL DEMANDED**

# [PROPOSED] ORDER

Having reviewed the above Stipulation, and good cause showing, IT IS HEREBY ORDERED that the operative deadlines in this case be stayed, and this action be transferred to the Southern District of California.

**IT IS SO ORDERED.**

Dated:

THE HONORABLE STEPHEN V. WILSON
JUDGE OF THE DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 9, 2025.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com